**IT IS ORDERED as set forth below:**



**Date: December 31, 2014**

_____

**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| In re:  SHANNON VIDEO, INC., : | |
| a Georgia corporation, : | Chapter 11 |
| : | Case 14- 43141-MGD |
| Debtor. : | |
| _____ : | |

**EMERGENCY INTERIM CONSENT ORDER**
**AUTHORIZING THE LIMITED USE OF CASH COLLATERAL**

Upon the Debtor's Motion For Authority To Use Cash Collateral On An

Interim and Ongoing Basis, To Provide Adequate Protection, and For Expedited

Hearing On Use of Cash Collateral On An Interim Basis and Adequate Protection

(the "**Motion**")[2.]

---

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

1

A. On December 29, 2014 (the **"Petition Date"**), Shannon Video, Inc., a Georgia corporation (**"Shannon"**) filed a voluntary petition (the **"Chapter 11 Case"**) for relief with this Court under Chapter 11 of title 11 of the U.S. Code (the **"Bankruptcy Code"**). The Debtor is continuing in possession of its property, and operating and managing its business as debtor in possession pursuant to Bankruptcy Code §§1107 and 1108.

B. This Court has jurisdiction over the Chapter 11 Case and the Motion pursuant to 28 U.S.C. §§157(b) and 1334. Consideration of the Motion constitutes a core proceeding as defined in 28 U.S.C. §157(b)(2).

**With the consent of the parties, hereto, IT IS HEREBY ORDERED** that:

1. On an emergency basis, Debtor is authorized to use Cash Collateral for the limited purpose of payment of an invoice for a non-credit purchase in the amount of $3,744.31, dated December 31, 2014 from East Coast News Corp. for inventory to be delivered to Debtor and for payment of the pre-petition wages set forth on Exhibit "A" attached hereto and incorporated herein by this reference.

2. Janet Gabler Bearoff and East Coast Video Corp. shall be afforded the protections provided for in the Motion.

3. Except with respect to the matters expressly governed by this Order, entry of this Order shall be without prejudice to any and all rights, remedies, claims and causes of action which Bearoff or East Coast may have against the Debtor or third parties, and without prejudice to the right, if any, of Bearoff or East Coast to seek relief from the automatic stay in effect pursuant to § 362 of the Bankruptcy Code, or any other relief in the Chapter 11 Cases, and the right of the Debtor and any other party in interest to oppose any such relief.

4. The Hearing to consider the interim use of cash collateral pursuant to the Motion will be held on January 6, 2015 at 10:30 a.m. prevailing Eastern time.

Dated: December 31, 2014

[END OF DOCUMENT]

This Order prepared and
presented by:

SMITH CONERLY LLP

By: /s/ J. Nevin Smith
   J. Nevin Smith
   Georgia Bar No. 661110

Attorneys for Debtor

402 Newnan Street
Carrollton, Georgia 30117
(770) 834-1160

Consented to by:

COHEN, POLLOCK, MERLIN & SMALL, P.C.

By:  /s/ Mark S. Marani (with express permission)
    Mark S. Marani
    Georgia Bar No. 469960

3350 Riverwood Parkway, Suite 1600, Atlanta, GA 30339
mmarani@cpmas.com

Attorneys for Bearoff

EAST COAST NEWS CORP.
INTERNATIONAL VIDEO DISTRIBUTORS, LLC

By:  /s/ Mary Anne Ivliano (with express permission)
    Mary Anne Ivliano

59 Lake Drive
Hightstown, NJ 08520
maryanne@ivd1.com

Representative of East Coast News Corp.

OFFICE OF THE UNITED STATES TRUSTEE

By:  /s/ Martin P. Ochs (with express permission)
    Martin P. Ochs
    Georgia Bar No. 091608

Office of the
United States Trustee
Richard B. Russell Building
75 Spring Street, S.W., Room 362
Atlanta, Georgia 30303
martin.p.ochs@usdoj.gov

EXHIBIT "A"

Biweekly: 12/10/2014 to 12/23/2014 Check date: 01/02/2015 GL post date: 01/02/2015

| Employee Name | Type | Total Hours | Gross Pay | Taxes | Deductions | Net Pay | Employer Taxes |
|---|---|---|---|---|---|---|---|
| Craton, Calley | Regular | 30 | $270.00 | $43.48 | $0.00 | $226.52 | $22.96 |
| Craton, Charles | Regular | Salary | $2,000.00 | $454.87 | $0.00 | $1,545.13 | $170.00 |
| Iwers, Bridget | Regular | 78.32 | $783.20 | $151.46 | $0.00 | $631.74 | $66.58 |
| Maldonado, Emily | Regular | 52.68 | $790.20 | $152.76 | $0.00 | $637.44 | $67.17 |
| Picon, Amy M. | Regular | 54.07 | $486.63 | $95.80 | $0.00 | $390.83 | $41.37 |
| Stallings, Brittany | Regular | 62.48 | $499.84 | $75.13 | $0.00 | $424.71 | $42.49 |
| Totals: | | 247.55 | $4,829.87 | $ 973.50 | $  0.00 | $3,856.37 | $ 410.57 |

Payrun Total: $5,240.44

DISTRIBUTION LIST

Martin P. Ochs
United States Trustee
Richard B. Russell Building
75 Spring Street, S.W., Room 362
Atlanta, Georgia 30303

Kauffman Miller & Forman
8215 Roswell Rd
Building 800
Atlanta, GA  30350-6445

Steven E. Ostrow
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA  19103-7395

East Coast News Corp
59 Lake Drive
Hightstown, NJ  08520

Mark S. Marani
Cohen, Pollock, Merlin & Small, P.C.
3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339

J. Nevin Smith
Smith Conerly LLP
402 Newnan Street
Carrollton, GA 30117