

**IT IS ORDERED as set forth below:**

**Date: January 2, 2015**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In re:   SHANNON VIDEO, INC.,<br>          a Georgia corporation, | :<br>:<br>: | Chapter 11<br>Case 14- 43141 |
| | : | |
|           Debtor.<br>_____ | :<br>: | |

**ORDER GRANTING EMERGENCY INTERIM RELIEF AUTHORIZING, BUT NOT
REQUIRING (I) PAYMENT OF PREPETITION EMPLOYEE WAGES AND
SALARIES; (II) PAYMENT OF WORKERS COMPENSATION OBLIGATIONS; (III)
PAYMENT OF PRE-PETITION TAX TO
THIRD-PARTIES, AND (IV) RELATED RELIEF**

Upon consideration of the Motion filed by Debtor in the above captioned chapter 11 case seeking entry of an order authorizing, but not directing, the Debtor, in accordance with its existing policies, to: (i) pay pre-petition wages and salaries owed to the Debtor's employees; (ii) pay pre-petition workers compensation insurance premiums; (iii) pay pre-petition employee tax withholdings to third-parties with respect to the wages; and (iv) grant related relief; and upon consideration of the Declaration of Charles T. Craton, III, President of the Shannon Video, Inc. In Support of Debtor's First Day Pleadings, filed contemporaneously with the Motion; and the

2

Court having jurisdiction to consider this Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and consideration of the Motion and the relief requested therein being a core proceeding as defined in 28 U.S.C. § 157(b)(2); and due and proper notice having been given, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the limited relief granted herein; and it appearing that the relief requested in the Motion is in the best interest of the Debtor, its estate, creditors and equity security holders; and it appearing that the parties appearing to hold an interest in cash collateral having consented to the use of cash collateral for the purpose of paying the wages and salaries set forth in the Wage Schedule through December 23, 2014, and upon due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED** that the Debtor is hereby authorized, but not obligated, to pay to its employees all wages and salaries (including all federal, state, and local payroll taxes, deductions, and withholdings associated with any payments made pursuant to this Order (the "Employee Deductions")) that have accrued by virtue of the services rendered in accordance with the schedule of employee wages attached hereto as Exhibit "A" ("Wage Schedule"), and at the same rate provided in the Wage Schedule from December 24, 2014 through and including December 29, 2014; and it is further

**ORDERED** that the Debtor is hereby directed to forward the Employee Deductions to the appropriate parties; and it is further

**ORDERED** that the Debtor is hereby authorized, but not obligated, to pay for the benefit of the Debtor's employees all of premiums for workers compensation insurance that arose or accrued prior to the Petition Date; and it is further

**ORDERED** that Bankruptcy Rule 6003(b) has been satisfied because the relief requested in the Motion is necessary to avoid immediate and irreparable harm to the Debtor; and it is further

**ORDERED** that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to all matters arising from or related to implementation of this Order.

END OF DOCUMENT

Prepared and Presented by:

SMITH CONERLY LLP

By: /s/ J. Nevin Smith
    J. Nevin Smith
    Georgia Bar No. 661110

402 Newnan Street
Carrollton, Georgia 30117
770-834-1160

Consented to by:

COHEN, POLLOCK, MERLIN & SMALL, P.C.

By: /s/ Mark S. Marani (with express permission)
    Mark S. Marani
    Georgia Bar No. 469960

3350 Riverwood Parkway, Suite 1600, Atlanta, GA 30339
mmarani@cpmas.com

Attorneys for Gabler

EAST COAST NEWS CORP.
INTERNATIONAL VIDEO DISTRIBUTORS, LLC

By: /s/ Mary Anne Ivliano (with express permission)
    Mary Anne Ivliano

59 Lake Drive
Hightstown, NJ 08520
maryanne@ivd1.com

Attorneys for East Coast

5

NO OPPOSITION

OFFICE OF THE UNITED STATES TRUSTEE

By:  /s/ Martin P. Ochs (with express permission)
    Martin P. Ochs
    Georgia Bar No.091608

Office of the
United States Trustee
Richard B. Russell Building
75 Spring Street, S.W., Room 362
Atlanta, Georgia 30303
martin.p.ochs@usdoj.gov

6

EXHIBIT "A"

EMPLOYEE WAGE SCHEDULE

Biweekly: 12/10/2014 to 12/23/2014 Check date: 01/02/2015 GL post date: 01/02/2015

| Employee Name | Type | Total Hours | Gross Pay | Taxes | Deductions | Net Pay | Employer Taxes |
|---|---|---|---|---|---|---|---|
| Craton, Calley | Regular | 30 | $270.00 | $43.48 | $0.00 | $226.52 | $22.96 |
| Craton, Charles | Regular | Salary | $2,000.00 | $454.87 | $0.00 | $1,545.13 | $170.00 |
| Iwers, Bridget | Regular | 78.32 | $783.20 | $151.46 | $0.00 | $631.74 | $66.58 |
| Maldonado, Emily | Regular | 52.68 | $790.20 | $152.76 | $0.00 | $637.44 | $67.17 |
| Picon, Amy M. | Regular | 54.07 | $486.63 | $95.80 | $0.00 | $390.83 | $41.37 |
| Stallings, Brittany | Regular | 62.48 | $499.84 | $75.13 | $0.00 | $424.71 | $42.49 |
| Totals: | | 247.55 | $4,829.87 | $ 973.50 | $  0.00 | $3,856.37 | $ 410.57 |

Payrun Total:  $5,240.44

DISTRIBUTION LIST

Martin P. Ochs
United States Trustee
Richard B. Russell Building
75 Spring Street, S.W., Room 362
Atlanta, Georgia 30303

Kauffman Miller & Forman
8215 Roswell Rd
Building 800
Atlanta, GA  30350-6445

Steven E. Ostrow
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA  19103-7395

East Coast News Corp
59 Lake Drive
Hightstown, NJ  08520

Mark S. Marani
Cohen, Pollock, Merlin & Small, P.C.
3350 Riverwood Parkway
Suite 1600
Atlanta, GA 30339

Nulook Capital LLC
c/o Michael S. Colombo
Streetwide Asset Recovery Group, Inc.
100 Village Court
Suite 201
Hazlet, NJ 07730

J. Nevin Smith
Smith Conerly LLP
402 Newnan Street
Carrollton, GA 30117